# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

<<Service Call Error: 404>>
<<Service Call Error: 404>>, <<Service Call Error: 404>>
<<Service Call Error: 404>>
<<Service Call Error: 404>>

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**CHRIS CARRUBBA-KATZ**
DEPUTY CHIEF U.S. PROBATION OFFICER II

**JENNIFER JAMES**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER



February 27, 2023

The Honorable Charles R. Breyer
Senior United States District Judge

Re:  U.S. v. Arman Danielian
     Docket No:  0971 3:15CR00234-013 CRB
     **TRAVEL REQUEST**

Your Honor:

On May 6, 2022, Mr. Danielian was sentenced by Your Honor to one year probation term, for a violation of the following: Count One: Conspiracy to Engage in the Unlicensed Wholesale Distribution of Prescription Drugs, 21 U.S.C.§§ 331(t) and 333(b)(1)(D), a class C felony.   The following special conditions of supervision were ordered: $100 special assessment.  Supervision commenced on May 6, 2022, in Central District of California.

Mr. Danielian is requesting permission to travel to Punta Cana, Dominican Republic from March 17, 2023, through March 25, 2022, for vacation. Mr. Danielian has satisfied his special assessment in full. It is recommended that travel be approved. It is also requested that the Court provide the probation office with the discretion to approve any future international travel.

Respectfully submitted,                                    Reviewed by:

*CarlaNavarro*                                             *Sonia Lapizco*
_____                                _____
Carla Navarro                                              Sonia Lapizco
U.S. Probation Officer Assistant                           Supervisory U.S. Probation Office

NDC-SUPV-FORM-046 06/01/2015

**RE:** Danielian, Arman 2
0971 3:15CR00234-013 CRB

---

Travel is:
☒ Approved
☐ Denied

| | |
|---|---|
| February 27, 2023 | _/s/ Laurel Beeler_ |
| Date | Laurel Beeler |
| | United States Magistrate Judge |