Pamela Herzig (CABN 160661)
Bonjour, Thorman, Burns & Dahm
6601 Owens Dr. Suite 238
Pleasanton, CA 94588
925-460-8484
Pam@BTandBLaw.com
Attorneys for Defendant JAVIER RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAVIER RAMIREZ,<br><br>    Defendant. | CASE NO. CR-15-0234 CRB<br><br>**DEFENDANT JAVIER RAMIREZ'S UNOPPPOSED MOTION TO WITHDRAW GUILTY PLEA FOLLOWING SUCCESSFUL COMPLETION OF DIVERSION; [PROPOSED] ORDER**<br><br>Sentencing Date: June 21, 2023 |

  On August 21, 2019, defendant Javier Ramirez appeared before this Court on a Superseding Information charging him with one count of introduction and delivery for introduction of adulterated and misbranded drugs, in violation of 21 U.S.C. §§ 331(a) and 331(a)(1).  The parties presented the Court with a plea agreement.  Under the terms of that agreement, Mr. Ramirez pled guilty as charged and agreed to remain under the supervision of Pretrial Services until sentencing.  The agreement provides that upon compliance of the terms set forth in the plea agreement, Mr. Ramirez can make an unopposed motion to withdraw his guilty plea at the time of sentencing, and the government will move to dismiss the Superseding Information.

  Mr. Ramirez has complied with the requirements and conditions set forth in the plea agreement.   The government agrees that Mr. Ramirez has complied with the terms of the plea agreement and does not oppose Mr. Ramirez's motion to withdraw his guilty plea.  Accordingly,

1  Mr. Ramirez respectfully requests that the Court enter the proposed order below permitting him to
2  withdraw the guilty plea he entered before this Court on August 21, 2019.  Once the order is
3  entered, Mr. Ramirez anticipates that the government will file a notice of dismissal.

Respectfully submitted,

DATED: March 27, 2023                              ___/s/_____
                                                          PAMELA HERZIG
                                                          Attorney for JAVIER RAMIREZ

### [~~PROPOSED~~] ORDER

For the reasons stated, and for good cause shown, defendant Mr. Ramirez's motion to withdraw his plea of guilty to a violation of 21 U.S.C. §§ 331(a) and 331(a)(1) on August 24, 2019 is hereby GRANTED.

IT IS SO ORDERED.

Dated: March  30 , 2023                              _____
                                                          CHARLES R. BREYER
                                                          UNITED STATES DISTRICT JUDGE